UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARLON VAN HOOK,

    Plaintiff,

v.

CORY FRY and JACKSON COUNTY JAIL,

    Defendants.

Case No. 24-cv-2200-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Marlon Van Hook's claims against defendant Cory Fry are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Marlon Van Hook's claims against Jackson County Jail are dismissed without prejudice.

**DATED:  September 10, 2025**

    **MONICA A. STUMP, Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**